HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GREGORY CANNARD and SUSAN CANNARD, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CBS CORPORATION, et al.,<br><br>　　　　　　　Defendants. | NO.  3:14-cv-05588-RBL<br><br>ORDER DENYING DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the Court on Defendant Crane Co.'s Motion for Summary Judgment.  In adjudicating this Motion, the Court has considered the following pleadings submitted by the parties:

(1)　　Defendant Crane Co.'s Motion for Summary Judgment;

(2)　　Declaration of G. William Shaw in Support of Defendant Crane Co.'s Motion for Summary Judgment, and the exhibit attached thereto;

(3)　　Plaintiffs Response to Defendant Crane Co.'s Motion for Summary Judgment;

(4)　　Declaration of Chandler H. Udo, in Support of Plaintiffs Response to Defendant Crane Co.'s Motion for Summary Judgment, and the exhibits attached thereto; and

(5)　　Defendant Crane Co.'s Reply in Support of Motion Summary Judgment.

ORDER DENYING DEFENDANT CRANE CO.'S MOTION FOR SUMMARY JUDGMENT - 1

BERGMAN DRAPER LADENBURG HART PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE:  206.957.9510
FACSIMILE:  206.957.9549

**IT IS HEREBY ORDERED** that Defendant Crane Co.'s Motion for Summary Judgment, is **DENIED**.

DATED this 28th day of August, 2015.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

BERGMAN DRAPER LADENBURG HART, PLLC

*/s/ Chandler H. Udo*

Chandler H. Udo, WSBA #40880
BERGMAN DRAPER LADENBURG HART, PLLC
614 First Avenue, 4th Floor
Seattle, WA 98104
Telephone: (206) 957-9510
Telefax:  (206) 957-9549
E-Mail: chandler@bergmanlegal.com
Counsel for Plaintiffs

ORDER DENYING DEFENDANT CRANE CO.'S MOTION
FOR SUMMARY JUDGMENT - 2

BERGMAN DRAPER LADENBURG HART PLLC
614 FIRST AVENUE, FOURTH FLOOR
SEATTLE, WA 98104
TELEPHONE: 206.957.9510
FACSIMILE: 206.957.9549