HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY CANNARD and SUSAN CANNARD,<br><br>                Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>                Defendant. | CASE NO. C14-5588 RBL<br><br>VERDICT FORM |

We, the jury, answer the questions submitted by the Court as follows:

**Question 1:** Do you find for Plaintiffs Gregory and Susan Cannard on their products liability claims against Defendant Ford Motor Company?

      \_\_\_\_ Yes          _X_ No

**Question 2:** Do you find for Plaintiffs Gregory and Susan Cannard on their negligence claims against Defendant Ford Motor Company?

      \_\_\_\_ Yes          _X_ No

*If your answer to Question Nos. 1 and 2 is "No," sign and return this verdict form. If you answered "Yes" to either question, answer the following questions.*

**Question 3:** What are Plaintiff Gregory Cannard's damages?

$ _____

**Question 4:** What are Plaintiff Susan Cannard's damages?

$ _____

The presiding juror should date and sign the verdict form.

DATED this __1__ day of __October__, 2015

_[signature]_
Presiding Juror